UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In The Matter of<br><br>KALYANI KANNAIAH MOKKAPATI,<br><br>Juror. | ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as juror, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above juror.

Martha Ann Boersch
1611 Telegraph Ave #806
Oakland, CA 94612
(415)217-3700
Martha@boersch-illovsky.com

_____
Appointing Judge: Hon. Judge William Alsup

_5/26/2022_  _5/31/2022_
Date of Order  Nunc Pro Tunc Date