UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BURTE GUCCI RHODES,

    Defendant.

No. CR 17-00093 WHA

**CLARIFICATION ORDER**

With respect to the four instances disclosed in the letter dated November 22, 2021, which the government sent to the defendant regarding Craig Marshall, the final pretrial order allowed the first to be used for cross-examination under Rule 608, but not the latter three.

That ruling was under Rule 608. It has subsequently occurred to the Court that the examination before the jury of witness Marshall may open the door to the use of one or more of the latter three, or that there may be some rule other than Rule 608 that may permit admissibility. We will have to await these examinations before making such a determination.

**IT IS SO ORDERED.**

Dated: May 31, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE