UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 17-00093 |
|   v. | |
| BURTE GUCCI RHODES, | **ORDER TO PROVIDE MEMORENDUM ON INTENT TIMING REQUIREMENT** |
|     Defendant. | |

Both sides shall brief by Friday at noon the question of:

Whether under 18 U.S.C. § 1958(a), which states "Whoever . . . uses or causes another . . . to use . . . any facility of interstate or foreign commerce, with intent **that a murder be committed** in violation of the laws of any State or the United States…" it is necessary that the phone or other facility of interstate commerce be used with the intent that the murder in question be committed, meaning after such use. Would use of a phone or facility <u>after</u> the murder be sufficient? Quote authorities.

Dated: May 31, 2022.

                                          WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE