1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CASEY BOOME (NYBN 5101845)
   KEVIN RUBINO (CABN 255677)
5  Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         FAX: (415) 436-7027
8        Casey.Boome@usdoj.gov
         Kevin.Rubino@usdoj.gov
9
   Attorneys for United States of America
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,          | CASE NO. 17-CR-00093-WHA
15 |            Plaintiff,               | [~~PROPOSED~~] IMMUNITY ORDER
16 |      v.                            | Pretrial Conf.:  May 25, 2022
17 | BURTE GUCCI RHODES,                | Time:            12:00 p.m.
   | a/k/a "Moeshawn,"                  |
18 |            Defendant.              | Trial Date:      June 6, 2022
19 |                                    | Time:            7:30 a.m.
20

21        On motion of STEPHANIE M. HINDS, United States Attorney for the Northern District of

22 California, the Court hereby finds and orders as follows:

23        1.      Mario Lee Robinson, Jr. may be called to testify or provide other information before the

24 court in the trial of defendant Burte Gucci Rhodes in this matter; and

25        2.      In the judgment of the United States Attorney, Mario Lee Robinson, Jr. has refused or is

26 likely to refuse to testify or provide other information on the basis of his Fifth Amendment privilege

27 against self-incrimination; and

28        3.      In the judgment of the United States Attorney, the testimony or other information to be

ORDER RE: TESTIMONY

obtained from Mario Lee Robinson, Jr. may be necessary to the public interest; and

4.      The motion filed here has been made with approval of the designate of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in her by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 6002 that Mario Lee Robinson, Jr. shall testify under oath and provide other information which he refuses to give or provide on the basis of his Fifth Amendment privilege against self-incrimination, and shall do so as to all matters about which he may be interrogated before the grand jury or in any further proceedings resulting therefrom or ancillary thereto;

IT IS FURTHER ORDERED that the testimony and other information compelled from Mario Lee Robinson, Jr. pursuant to this order, and any information directly or indirectly derived from such testimony or other information may not be used against him in any criminal case, except a prosecution for perjury, false declaration, or otherwise failing to comply with this order.

IT IS FURTHER ORDERED that this order shall become effective only if, after the date of this order, Mario Lee Robinson Jr. refuses to testify or provide other information on the basis of his Fifth Amendment privilege against self-incrimination.

DATED: June 6, 2022

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ORDER RE: TESTIMONY