STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
KEVIN RUBINO (CABN 255677)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7027
    Casey.Boome@usdoj.gov
    Kevin.Rubino@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BURTE GUCCI RHODES,<br>a/k/a "Moeshawn," <br><br> Defendant. | CASE NO. 17-CR-00093-WHA <br><br> [~~PROPOSED~~] **IMMUNITY ORDER** <br><br> Pretrial Conf.: May 25, 2022 <br> Time:            12:00 p.m. <br><br> Trial Date:    June 6, 2022 <br> Time:            7:30 a.m. |

      On motion of STEPHANIE M. HINDS, United States Attorney for the Northern District of California, the Court hereby finds and orders as follows:

      1.    Marcus Etienne may be called to testify or provide other information before the court in the trial of defendant Burte Gucci Rhodes in this matter; and

      2.    In the judgment of the United States Attorney, Marcus Etienne has refused or is likely to refuse to testify or provide other information on the basis of his Fifth Amendment privilege against self-incrimination; and

      3.    In the judgment of the United States Attorney, the testimony or other information to be

ORDER RE: TESTIMONY

obtained from Marcus Etienne may be necessary to the public interest; and

4. The motion filed here has been made with approval of the designate of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in her by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 6002 that Marcus Etienne shall testify under oath and provide other information which he refuses to give or provide on the basis of his Fifth Amendment privilege against self-incrimination, and shall do so as to all matters about which he may be interrogated before the grand jury or in any further proceedings resulting therefrom or ancillary thereto;

IT IS FURTHER ORDERED that the testimony and other information compelled from Marcus Etienne pursuant to this order, and any information directly or indirectly derived from such testimony or other information may not be used against him in any criminal case, except a prosecution for perjury, false declaration, or otherwise failing to comply with this order.

IT IS FURTHER ORDERED that this order shall become effective only if, after the date of this order, Marcus Etienne refuses to testify or provide other information on the basis of his Fifth Amendment privilege against self-incrimination.

DATED: June 6, 2022



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ORDER RE: TESTIMONY