UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BURTE GUCCI RHODES,

    Defendant.

No. CR 17-00093 WHA

**ORDER RE: DEFENDANT ATTENDANCE**

Santa Rita jail and the United States Marshal Service shall have defendant Burte Gucci Rhodes ready in civilian clothes in court each morning during his trial at 7:30 AM.

**IT IS SO ORDERED.**

Dated: June 6, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE