CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Casey.Boome@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BURTE GUCCI RHODES,<br><br>Defendant. | CASE NO. 17-CR-00093-CRB-5<br><br>**~~[PROPOSED]~~ ORDER** |

Upon a showing of good cause, the Court finds that by his motion to vacate, set aside, or correct sentence by a person in federal custody under 28 U.S.C. § 2255 (hereafter, "the Motion"), (dkt. 994), the defendant raises an ineffective assistance of counsel claim, specifically that his trial counsel was deficient by (1) providing ineffective assistance during plea discussions, and (2) failing to investigate exculpatory evidence and to ensure that the defendant was aware of his right to testify. *See* Mot. The Court therefore ORDERS that a response from the government to the Motion is stayed until further order of the Court.

The Court finds that if the defendant chooses to proceed with the claims raised in his Motion, he has waived the attorney-client privilege in limited part, specifically as to the claims raised in that Motion. Therefore, the Court ORDERS that the defendant respond within thirty days whether he will withdraw the claim raised in his Motion.

The Court further finds that upon a response from the defendant, if the defendant chooses to proceed with his Motion or fails to respond within the time set by the Court, it will enter a further Order (1) that the defendant has waived the attorney-client privilege in limited part, specifically as to the claims raised in the Motion; (2) that the government is entitled to inquire of Hon. Kenneth Wine regarding any communications with the defendant and to review any written communications with the defendant relating to the subject areas raised in the defendant's claims; and (3) that the government is precluded from using those materials for any purpose other than litigating the defendant's Motion, and that the government may not disclose the materials to any other persons, excluding other representatives of the United States Attorney's Office or law enforcement agents who are assisting in responding to the Motion; and (4) setting a further briefing schedule for the government to file a substantive response to the Motion.

**IT IS SO ORDERED.**

Dated: October 8, 2026

HON. CHARLES R. BREYER
United States District Judge